# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASHTOON FAROOQI,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>J. TIM OCHOA, Warden,<br><br>　　　　　Respondent. | Case No. SA CV 09-1512 DMG (JCG)<br><br>**JUDGMENT** |

　　IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: April 5, 2011

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1